27 F.3d 386
 In re Frances PIKUSH, Debtor.
James L. KENNEDY, Chapter 7 Trustee, Appellee,
v.
Frances PIKUSH, Appellant.
 No. 93-56293.
 United States Court of Appeals,
Ninth Circuit.
 Submitted* June 8, 1994.
Decided June 15, 1994.
 
 Frederick C. Phillips, Phillips, Campbell, Haskett, Noone & Ingwalson, San Diego, CA, for appellant.
 Ross G. Simmons, Ferrette & Slater, San Diego, CA, for appellee.
 Appeal from the Ninth Circuit Bankruptcy Appellate Panel, OLLASON, RUSSELL and JELLEN, Judges, Presiding.
 Before: FLETCHER, CANBY, and HALL, Circuit Judges.
 
 
 1
 We affirm the decision of the Bankruptcy Appellate Panel for the reasons stated in its thorough opinion. See Kennedy v. Pikush (In re Pikush), 157 B.R. 155 (9th Cir. BAP 1993).
 
 
 2
 AFFIRMED.
 
 
 
 *
 This panel unanimously agrees that this case is appropriate for submission without oral argument. Fed.R.App.P. 34(a); 9th Cir.R. 34-4